01
02
03
04
05
06
07

08                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
09                              AT SEATTLE

10   UNITED STATES OF AMERICA,        )   Case No.: CR-05-0339-JLR
                                      )
11           Plaintiff,               )
                                      )   SUMMARY REPORT OF U.S.
12      v.                            )   MAGISTRATE JUDGE AS TO
                                      )   ALLEGED VIOLATIONS
13   JOHN A. ALDERSON,                )   OF SUPERVISED RELEASE
                                      )
14           Defendant.               )
     _____)
15

16       A probation revocation hearing on supervised release violations was held before the

17   undersigned Magistrate Judge on December 20, 2005. The United States was represented by

18   Assistant United States Attorney Kathryn Warma, and the defendant by Mr. Robert Gombiner.

19   The proceedings were recorded on cassette tape.

20       The defendant had been sentenced on or about November 16, 1999, on a charge of

21   distribution of methamphetamine. The defendant was sentenced to sixty months in custody

22   followed by five years of supervised release.

23       In an Petition for Warrant dated October 11, 2005, U.S. Probation Officer Steven M.

24   McNickle alleged the defendant committed the following violations of the conditions of

25   supervised release:

26

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

1. Leaving the judicial district of Western Washington without the permission of his probation officer on or before July 1, 2005, in violation of standard condition #1;

2. Using marijuana on or before July 12, 2005, in violation of standard condition #7;

3. Failing to submit Monthly Supervision Reports for August and September 2005 in violation of standard condition #2;

4. Failing to report to the U.S. Probation Office as instructed on October 3, 2005, in violation of standard condition #3;

5. Failing to report for urinalysis testing as instructed via the drug code-a-phone on August 8, 2005, September 12, 2005, and October 4, 2005, in violation of the special condition of drug aftercare; and

6. Leaving the district without permission, on or about September 24, 2005, in violation of standard condition #1.

At the probation revocation hearing on December 20, 2005, defendant was advised in full as to the charges of violating the conditions of his supervised released, and as to his constitutional rights. The defendant admitted the violations, and waived any evidentiary hearing as to whether they occurred.

I therefore recommend that the Court find the defendant violated the conditions of his supervised release, and that the Court conduct a hearing limited to the issue of disposition. The disposition hearing has been set before The Hon. James L. Robart on January 9, 2006, at 3:00 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 20th day of December, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: The Hon. James L. Robart
AUSA: Ms. Kathryn Warma
Defendant's attorney: Mr. Robert Gombiner
Probation officer: Ms. Jennifer Tien

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 3