1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN A. ALDERSON,

Defendant.

CASE NO. CR05-339 JLR

SUMMARY REPORT OF U.S.
MAGISTRATE JUDGE
AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on April 25, 2007.  The United States was represented by Kathryn Warma.  The defendant was represented by Robert Gombiner.

## CONVICTION AND SENTENCE

Defendant had been convicted of Distribution of Methamphetamine  on or about November 16, 1999.  The Hon. Robert H. Whaley of the Eastern District of Washington sentenced Defendant to 60 months of confinement, followed by five years of supervised release.  While on probation, the defendant was transferred to the jurisdiction of the Western District of Washington in September 2005.  The defendant's supervised released was revoked on January 9, 2006 and he was sentenced to 24 months of supervised released with credit for time served.  The conditions of supervised release included requirements

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

1  that defendant comply with the standard 13 conditions.

2                            <u>DEFENDANT'S ADMISSION</u>

3         U.S. Probation officer Jennifer Tien alleged that Defendant violated the conditions

4  of supervised release by:

5         (1)     Failing to comply with the home confinement program since March 15, 2007,

6                 in violation of the special condition requiring he participate in the home

7                 confinement program with electronic monitoring, as directed by the probation

8                 officer, for a period of 60 days.

9  I advised the defendant of these charges and of his constitutional rights.  At today's hearing

10  Defendant admitted the violation, waived any hearing as to whether it occurred, and

11  consented to having the matter set for a disposition hearing.

12                     <u>RECOMMENDED FINDINGS AND CONCLUSIONS</u>

13         Based upon the foregoing, I recommend the court find that Defendant has violated the

14  conditions of his supervised release as alleged and set the matter for a disposition hearing.

15         Defendant has been released on continued supervision pending a final determination

16  by the Court.

17         DATED this 27th day of April, 2007.

18

19

20         _____
           MONICA J. BENTON
21         United States Magistrate Judge

22

23  cc:   Sentencing Judge            :     Hon. James L. Robart
           Assistant U.S. Attorney    :     Kathryn Warma
24         Defense Attorney           :     Robert Gombiner
           U. S. Probation Officer    :     Jennifer Tien
25

26

27

28  SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
    TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
    PAGE -2-